COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



### ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      *In the Interest of R.S.*

Appellate case number:   01-18-00058-CV

Trial court case number:  16-1394-F425

Trial court:                     425th District Court of Williamson County

Party filing motion:         Appellant

It is ordered that the motion for en banc reconsideration is **DENIED**.

Judge's signature:          /s/ Russell Lloyd_____
                                      ☑ Acting for the Court

The en banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Landau, Goodman, Hightower, Countiss, and Adams.

Date:  December 3, 2020